| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| ALAN W. FORSLEY (SBN 180958)<br>FREDMAN KNUPFER LIEBERMAN LLP<br>1875 Century Park East, Suite 2200<br>Los Angeles, CA 90067<br><br>(310) 284-7350<br>(310) 284-7352<br><br>*Attorney for* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: ARMANDO ZENTENO, | CHAPTER 13 |
|---|---|
| | CASE NUMBER 2:10-bk-57084-AA |
| | DATE: April 12, 2011 |
| | TIME: 9:00 a.m. |
| Debtor. | COURTROOM: 1375 |

## NOTICE OF MOTION FOR:

Debtor's Motion to Avoid Junior Lien on Principal Residence [11 U.S.C. Section 506(d)]

*(Specify name of Motion)*

1. TO: Wells Fargo Bank, N.A.

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

**Hearing Date:** April 12, 2011    **Time:** 9:00 a.m.    **Courtroom:** 1375    **Floor:** 15TH

- [x] 255 East Temple Street, Los Angeles
- [ ] 411 West Fourth Street, Santa Ana
- [ ] 21041 Burbank Boulevard, Woodland Hills
- [ ] 1415 State Street, Santa Barbara
- [ ] 3420 Twelfth Street, Riverside

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response with the Bankruptcy Court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the Judge's self-calendaring procedures.

Dated: March 7, 2011

FREDMAN KNUPFER LIEBERMAN LLP
*Law Firm Name*
By: /s/ Alan W. Forsley
Name: ALAN W. FORSLEY
*Attorney for Movant*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-1.1**
F901311

| In re: ARMANDO ZENTENO, | Debtor(s). | CHAPTER 13 |
|---|---|---|
| | | CASE NUMBER 2:10-bk-57084-AA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

FREDMAN KNUPFER LIEBERMAN LLP 1875 Century Park East, Suite 2200, Los Angeles, CA 90067

A true and correct copy of the foregoing document described **NOTICE OF MOTION FOR: DEBTOR'S MOTION AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **Marc 8, 2011,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Kathy A Dockery (TR)    efiling@CH13LA.com
Christopher M McDermott    ecfcacb@piteduncan.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **March 8, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Via U.S. Mail**
Chambers of The Honorable
Alan M. Ahart
255 E. Temple St., Ste. 1382
Los Angeles, CA 90012

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 8, 2011 | ADELAIDA OLVERA | _____ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1

| In re: ARMANDO ZENTENO, Debtor(s). | CHAPTER 13 |
| --- | --- |
| | CASE NUMBER 2:10-bk-57084-AA |

## ADDITIONAL SERVICE LIST

Wells Fargo Bank, N.A.
4 Executive Cir 250
Irvine, CA 92614

Corporation Service Company
2730 Gateway Oaks Dr., Ste. 100
Sacramento, CA 95833

Mark C. Oman, Senior EVP
707 Wilshire Blvd.
Los Angeles, CA 90017

Wells Fargo Home Equity
5540 Fermi Court
Carlsbad, CA 92008

Bank Of America
Po Box 17054
Wilmington, DE 19850

Brenda Baldua
806 Boccaccio Ave
Venice, CA 90291

Chase
Po Box 15298
Wilmington, DE 19850

Chase
PO Box 15145
Wilmington, DE 19850-5145

Citibank Sd, Na
Attn: Centralized Bankruptcy
Po Box 20507
Kansas City, MO 64195

Discover Fin
Po Box 6103
Carol Stream, IL 60197

Discover Bank
DFS Services LLC
PO Box 3025
New Albany, OH 43054-3025

HSBC Bank USA, National Association as Trust
c/o Pite Duncan, LLP
4375 Jutland Dr., Ste. 200
PO Box 17933
San Diego, CA 92177-7921

Manuel St Martin, Esq.
6033 W Century Blvd, Ste 1107
Los Angeles, CA 90045

Oak Harbor Capital, LLC
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121-3132

Wells Fargo Bank Nv Na
Po Box 31557
Billings, MT 59107

Wells Fargo Bank, N.A.
Home Equity Group
X2303-01A-! Home Campus
Des Moines, IA 50328-0001

Wells Fargo Hm Mortgag
Po Box 10335
Des Moines, IA 50306

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1