# EXHIBIT 3

# INVOICE

Date:  01/19/2011

File No.  A11-0001
Case No.

Prepared for:

Armando Zenteno
1157 E. Mountain St.
Pasadena, Ca 91104

Property Appraised:

Armando Zenteno
1157 E. Mountain St.
Pasadena, CA 91104

Work Performed:

| | | |
|---|---|---|
| APPRAISAL FEE - SINGLE FAMILY RESIDENCE | $ | 300.00 |
| | $ | -300.00 |
| *** PAID IN FULL DURING INSPECTION: $300.00 | $ | |
| | $ | |
| | $ | |
| | $ | |
| Total Amount Due: | $ | 0.00 |

Please make checks payable to:

CARLOS S. REYES, APPRAISERS
534 E. BRETT STREET
INGLEWOOD, CA 90302
PHONE NO. (310) 673-2527
FAX NO. (310) 673-1240
E-MAIL: CREYES3643@AOL.COM

Produced by ClickFORMS Software BradfordSoftware.com

0042

**EXHIBIT    3**

CARLOS S. REYES, APPRAISERS
534 E. BRETT STREET
INGLEWOOD, CA 90302

01/19/2011

Armando Zenteno
1157 E. Mountain St.
Pasadena, Ca 91104

RE:     Armando Zenteno
        1157 E. Mountain St.
        Pasadena, CA 91104
File No.  A11-0001
Case No.

Dear  CLIENT

In accordance with your request, I have personally inspected and prepared an appraisal report of the real
property located at:

        1157 E. Mountain St. , Pasadena, CA 91104

The purpose of this appraisal is to estimate the market value of the property described in the body of this
appraisal report.

Enclosed, please find the appraisal report which describes certain data gathered during our investigation
of the property.  The methods of approach and reasoning in the valuation of the various physical and
economic factors of the subject property are contained in this report.

An inspection of the property and a study of pertinent factors, including valuation trends and an analysis of
neighborhood data, led the appraiser to the conclusion that the market value, as of  01/17/2011
is:
                                        $       360,000

The opinion of value expressed in this report is contingent upon the limiting conditions attached to this
report.

It has been a pleasure to assist  you.  If I may be of further service to you in the future, please let me know.

Respectfully submitted,

Signature:  *Carlos Reyes*

CARLOS S. REYES
Certified Residential Real Estate Appraiser

# Residential Appraisal Report

## Of

### Single Family Residence at

1157 E. Mountain St.

Pasadena, CA 91104

## For

Armando Zenteno

1157 E. Mountain St.

Pasadena, Ca 91104

## As of

01/17/2011

# APPRAISAL REPORT

# OF



1157 E. Mountain St.
Pasadena, CA 91104

# PREPARED FOR

Armando Zenteno
1157 E. Mountain St.
Pasadena, Ca 91104

# AS OF

01/17/2011

# PREPARED BY

CARLOS S. REYES, APPRAISERS
534 E. BRETT STREET
INGLEWOOD, CA 90302

0045

CARLOS S. REYES, APPRAISERS

File No.  A11-0001
Case No.

# Table of Contents

| Page Title | Page # |
|---|---|
| Dig. Signature Authentication | 1 |
| Appraiser License Certificate | 2 |
| Property Detail Report - Page 1 | 3 |
| Property Detail Report - Page 2 | 4 |
| Residential Appraisal Page 1 | 5 |
| Residential Appraisal Page 2 | 6 |
| Residential Appraisal Page 3 | 7 |
| Certification Page 1 | 8 |
| Certification Page 2 | 9 |
| Certification Page3 | 10 |
| Comments | 11 |
| Comments | 12 |
| Photo Subject Lg | 13 |
| Photo Subject Extra | 14 |
| Photo Subject Extra | 15 |
| Photo Subject Extra | 16 |
| Photo Comparables 1-2-3 | 17 |
| Sketch | 18 |
| Location Map | 19 |
| Plat Map | 20 |
| Flood Map Report | 21 |
| Comparable #1 | 22 |
| Comparable #2 | 23 |
| Comparable #3 | 24 |
| Definitions | 25 |
| Scope of Work | 26 |
| Assumptions for this Appraisal | 27 |
| Assumptions for this Appraisal | 28 |
| Assumptions for this Appraisal | 29 |
| Privacy Notice | 30 |

0046

CARLOS S. REYES, APPRAISERS

**DIGITAL SIGNATURE AUTHENTICATION**

File No.  A11-0001

Case No.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower  Armando Zenteno | | | | | | | |
| Property Address  1157 E. Mountain St. | | | | | | | |
| City  Pasadena | County | Los Angeles | State | CA | Zip Code | 91104 |
| Lender/Client Armando Zenteno | | Address  1157 E. Mountain St. , Pasadena, Ca 91104 | | | | |

This report contains an electronic digital signature(s) affixed by the appraiser(s). This advanced technology has been authorized by the Appraisal Standards Board of the Appraisal Foundation as compliant under specific reporting guidelines of the Uniform Standards of Professional Appraisal Practice (USPAP). The process not only acknowledges the authenticity of a printed paper copy of the report but also the file in its state of electronic storage.

The technology encompasses transmission integrity, signature security, and record keeping for each individual appraiser that affixes the signature. The appraiser has sole personal control of affixing a signature certifying its authenticity and accepting reponsibility for content analysis, and conclusions in the report.

Signature  *Carlos Reyes*          Date 01/19/2011

CARLOS S. REYES

**Appraiser License Certificate**

File No.   A11-0001
Case No.



STATE OF CALIFORNIA

Business, Transportation & Housing Agency

**OFFICE OF REAL ESTATE APPRAISERS**

## REAL ESTATE APPRAISER LICENSE

**CARLOS S. REYES**

has successfully met the requirements for a license as a residential real estate appraiser in the State of California and is, therefore, entitled to use the title "Certified Residential Real Estate Appraiser".

This license has been issued in accordance with the provisions of the Real Estate Appraisers' Licensing and Certification Law.

OREA APPRAISER IDENTIFICATION NUMBER   AR008643

Date Issued:   December 9, 2010
Date Expires:   December 8, 2012

*Bob Clark*
Director, OREA

Audit No. 130193

THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO SEE 'SAFE' AND 'VERIFY FIRST'

Property Detail Report - Page 1

File No.  A11-0001
Case No.

Borrower  Armando Zenteno
Property Address  1157 E. Mountain St.
City  Pasadena                County              Los Angeles              State   CA   Zip Code   91104
Lender/Client  Armando Zenteno                          Address  1157 E. Mountain St., Pasadena, Ca 91104

Realist                                                                    Page 1 of 2

## Property Detail Report

**Subject Property**

**1157 E Mountain St**
**Pasadena, CA 91104-2969**
**Los Angeles County**

Pre Preforeclosure

**Owner Info:**

| | |
|---|---|
| Owner Name : Zenteno Armando | Tax Rate Area : 2969 |
| Owner Name : Zenteno Brenda | Recording Date : 10/11/2005 |
| Owner Vesting : Husband/Wife | Annual Tax : $4,360 |
| Tax Billing Address : 1157 E Mountain St | County Use Code : Single Family Resid |
| Tax Billing City & State : Pasadena CA | Universal Land Use : SFR |
| Tax Billing Zip : 91104 | |

**Location Info:**

| | |
|---|---|
| Zoning : PerS | T-ND : 666-B2 |
| Waterfront Influence : Corner | Census Tract : 4524.00 |
| School District : Pasadena | Census Block : C008 |
| Location Influence : Corner | Old Map : 27-C2 |

**Tax Info:**

| | |
|---|---|
| Tax ID : 5740-020-001 | Improved Assessment : $73,800 |
| Tax Year : 2010 | Total Assessment : $369,000 |
| Annual Tax : $4,360 | % Improved : 20% |
| Homeowner Right : Homeowner | Tax Area : 7506 |
| Assessment Year : 2010 | Legal Description : Twin Oaks Tract S 80 Ft Of Lot 1 And W 10 Ft Of S 80 Ft Of Lot 2 |
| Land Assessment : $295,200 | Lot Number : 1 |

**Characteristics:**

| | |
|---|---|
| Lot Frontage : 60 | Lot Depth : 80 |
| Heat Type : Heated | Lot Area : .1101 |
| Lot Sq Ft : 4,800 | Garage Type : Carport |
| Garage Capacity : 1 | Style : Conventional |
| Building Sq Ft : 858 | Roof Material : Composition Shingle |
| Roof Shape : Gable | Stories : 1 |
| Condition : Good | Interior Wall : Plaster |
| Quality : Average | Exterior : Shingle Siding |
| Total Units : 1 | Floor Cover : Hardwood |
| Total Rooms : 4 | Foundation : Raised |
| Bedrooms : 2 | Total Baths : 1 |
| Full Baths : 1 | Year Built : 1922 |
| Effective Year Built : 1922 | Topography : Rolling/Hilly |
| Fireplaces : 1 | Other Rooms : Living Room |
| Water : Public | Sewer : Type Unknown |
| Price Per Sq Ft : $668.61 | |

**Last Market Sale:**

| | |
|---|---|
| Recording Date : 10/11/2005 | Deed Type : Grant Deed |
| Settle Date : 09/15/2005 | Owner Name : Zenteno Armando |
| Sale Price : $650,000 | Owner Name 2 : Zenteno Brenda |
| Document No : 2445049 | Seller : Castillo Pedro V |

**Sales History:**                                                      More History

| Recording Date : 10/11/2005 | 10/11/2005 | 06/13/2002 | 05/22/1996 |
|---|---|---|---|
| Sale Price : $650,000 | | $320,000 | |
| Nominal : | Y | | Y |
| Buyer Name : Zenteno Armando & Brenda | Castillo Pedro V | Castillo Pedro V | Fuller John F & Margo M |
| Seller Name : Castillo Pedro V | Castillo Shelly G | Fuller John F & Margo M | Fuller John F, Margo M |
| Document No : 2445049 | 2445029 | 2151531 | 2012068 |
| Document Type : Grant Deed | Interspousal Deed | Grant Deed | Grant Deed |

http://realist2.firstamres.com/propertydetail.jsp                          1/17/2011

0049

**Property Detail Report - Page 2**

File No.   A11-0001
Case No.

Borrower  Armando Zenteno
Property Address  1157 E. Mountain St.

| City  Pasadena | County | Los Angeles | State | CA | Zip Code | 91104 |
|---|---|---|---|---|---|---|

Lender/Client   Armando Zenteno        Address  1157 E. Mountain St. , Pasadena, Ca 91104

Realist                                                                 Page 2 of 2

**Transfer**

**Mortgage History:**

| Mortgage Date : | 10/11/2005 | 10/11/2005 | 09/13/2002 | 09/13/2002 |
|---|---|---|---|---|
| Mortgage Amt : | $452,000 | $84,750 | $255,000 | $25,000 |
| Mortgage Lender : | Wells Fargo Bk Na | Wells Fargo Bk Na | Hsbc Mtg Corp (Usa) | National Cty Bk |
| Mortgage Type : | Conventional | Conventional | Conventional | Conventional |

The data within this report is compiled by First American from public and private sources. If you can find the availability of this data, so please contact us. Neither the data on the appearance of this report with the original supply of this report with the original supply of the services.

http://realist2.firstamres.com/propertydetail.jsp                    1/17/2011

**CARLOS S. REYES, APPRAISERS**

File No. A11-0001
Case No.

SUMMARY REPORT

## Residential Appraisal Report

The purpose of this summary appraisal report is to provide the client with an accurate, and adequately supported, opinion of the market value of the subject property.

SUBJECT

| | |
|---|---|
| Property Address 1157 E. Mountain St. | City Pasadena   State CA  Zip Code 91104 |
| Owner Armando Zenteno   Intended User Armando Zenteno | County Los Angeles |
| Legal Description TWIN OAKS TRACT S 80 FT OF LOT 1 AND W 10 FT OF S 80 FT OF LOT 2 | |
| Assessor's Parcel # APN: 5740-020-001 | Tax Year 2010   R.E Taxes $ 4,350.05 |
| Neighborhood Name N/A | Map Reference 566-B2   Census Tract 4624.00 |

Occupant [X] Owner [ ] Tenant [ ] Vacant  Special Assessments $   NONE   PUD  HOA $  N/A  [ ] per year [ ] per month
Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (describe)
Intended Use **Bankruptcy - Chapter 13**
Client Armando Zenteno   Address  1157 E. Mountain St. , Pasadena, Ca 91104
Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal?  [ ] Yes [X] No
Report data source(s) used, offering price(s), and date(s).  themis.com; immrlals.com; Realquest.com; Present owner; physical inspection.

i [ ] did [ ] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed

CONTRACT

Contract Price $   Date of Contract   Is the property seller the owner of public record?  [ ] Yes [ ] No  Data Source(s)
Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the purchaser?  [ ] Yes [ ] No
If Yes, report the total dollar amount and describe the items to be paid.

**Note: Race and the racial composition of the neighborhood are not appraisal factors.**

NEIGHBORHOOD

| Location | [X] Urban | [ ] Suburban | [ ] Rural | Property Values | [ ] Increasing | [X] Stable | [X] Declining | PRICE $(000) | AGE (yrs) | One-Unit 80 % |
|---|---|---|---|---|---|---|---|---|---|---|
| Built-Up | [X] Over 75% | [ ] 25-75% | [ ] Under 25% | Demand/Supply | [ ] Shortage | [X] In Balance | [ ] Over Supply | 325 Low 10 | | 2-4 Unit 5 % |
| Growth | [ ] Rapid | [X] Stable | [ ] Slow | Marketing Time | [ ] Under 3 mths | [X] 3-6 mths | [ ] Over 6 mths | 600 High 99 | | Multi-Family 10 % |
| | | | | | | | | 370 Pred. 65 | | Commercial 5 % |
| | | | | | | | | | | Other % |

Neighborhood Boundaries  **New York Drive to the north, <210> Fwy to the south, Los Robles Ave to the west and Allen Ave to the east.**
Neighborhood Description  **Neighborhood consists of one and two single family homes showing various ages from 10 to 99 yrs. Site is located in the City of Pasadena, Ca., County of Los Angeles.  Neighborhood is located within close proximity to all services, including transportation, employment centers, reflecting average condition and appeal. There were no adverse conditions noted.**
Market Conditions (including support for the above conclusions)  **Market conditions appear average, with marketing time being 3-6 months, if properly listed. Conventional/FHA financing is all evident in this area. supply and demand appears to be balanced, with values. The supply outweighs the demand with values being in a declining state. There were no other adverse conditions noted.**

SITE

| Dimensions 60 X 80 | Area 4,800 SqFt | Shape Rectangular | View None |
|---|---|---|---|

Specific Zoning Classification  **PSR6**   Zoning Description **Single Family Residetial**
Zoning Compliance [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe)
Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No If No, describe. **The highest and best use of this property as improved, or as vacant, is the existing use. The current use gives the greatest net return to the land.**

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | | Water | [X] | | Street Asphalt | [X] | |
| Gas | [X] | | Sanitary Sewer | [X] | | Alley None | | |

FEMA Special Flood Hazard Area [ ] Yes [X] No  FEMA Flood Zone X   FEMA Map # 060050 1375F   FEMA Map Date 09/26/2008
Are the utilities and/or off-site improvements typical for the market area? [X] Yes [ ] No If No, describe.
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No If Yes, describe. **Flood data is derived from the appraiser's data source, a flood certification is always recommended. There were no adverse conditions noted by the appraiser. If any hidden easements, encroachments, environmental conditions, land uses, slide areas, etc. should be revealed to the appraiser by a credible source, the appraiser has the right to reconsider the value consideration. - Limiting Conditions #3.**

IMPROVEMENTS

| Units [X] One [ ] One with Accessory Unit | Concrete Slab [X] Crawl Space | Foundation Walls Concrete/Avg | Floors Hrd Wd/Tile/Avg |
|---|---|---|---|
| # of Stories One | [ ] Full Basement [ ] Partial Basement | Exterior Walls Asbesto Sdg/Avg | Walls DryWall/Plaster/Avg |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | Basement Area sq. ft. | Roof Surface Comp Shing/Avg | Trim/Finish Wood/Avg |
| [X] Existing [ ] Proposed [ ] Under Const. | Basement Finish % | Gutters & Downspouts Eaves/Avg | Bath Floor Tile/Avg |
| Design (Style) Conventional | [ ] Outside Entry/Exit [ ] Sump Pump | Window Type Alum. DbHg/Avg | Bath Wainscot Tile/Avg |
| Year Built 1922 | Evidence of [ ] Infestation N/A | Storm Sash/Insulated None | Car Storage None |
| Effective Age (Yrs) 30 | [ ] Dampness [ ] Settlement | Screens Alum./Avg | [X] Driveway # of Cars Adeq |
| Attic None | Heating [X] FWA [ ] HWBB [ ] Radiant | Amenities | Woodstove(s) # | Driveway Surface Concrete |
| [ ] Drop Stair [ ] Stairs | [ ] Other [ ] Fuel GAS | [X] Fireplace(s) # 1 [X] Fence Wood | [ ] Garage # of Cars 1 |
| [ ] Floor [X] Scuttle | Cooling [X] Central Air Conditioning | [ ] Patio/Deck Cvrd [ ] Porch | [ ] Carport # of Cars |
| [ ] Heated | [ ] Individual [ ] Other None | [ ] Pool [ ] Other | [ ] Att. [ ] Det. [ ] Built-in |
| Appliances [X] Refrigerator [X] Range/Oven [X] Dishwasher [X] Disposal [ ] Microwave [ ] Washer/Dryer [X] Other (describe) Fan Hood | | | |

Finished area above grade contains:  4  Rooms  2  Bedrooms  1.00  Bath(s)  868  Square Feet of Gross Living Area Above Grade
Additional features (special energy efficient items, etc.)  **Perimeter fencing; detached 1 car garage; covered  patio area.**
Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).  **Overall, the subject is considered to be in average  condition in the interior and exterior with no signs of defered maintenance or needed repairs. No adverse functional, physical nor external obsolescence noted.**

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? [ ] Yes [X] No If Yes, describe. **See limiting conditions #5.There were no obvious physical deficiencies, or any adverse conditions that would affect the livability, soundness, or structural integrity of the subject property. - Please see comment addendum: "Extraordinary Assumption and Limiting Condition".**
Does the property generally conform to the neighborhood (functional utility, style, construction, use,)? [X] Yes [ ] No If No, describe  **The subject property appear to conform to the surrounding properties in style, condition, and overall appeal.**

NL - Residential 5/2007    This form may be reproduced unmodified without written permission, however, Bradford Technologies, Inc. must be acknowledged and credited.
Produced by ClickFORMS Software BradfordSoftware.com    Page   5 of 30

0051

CARLOS S. REYES, APPRAISERS

File No. A11-0001

Case No.

## Residential Appraisal Report

| | | | |
|---|---|---|---|
| There are **10** comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 356,000 to $ 425,000 | | | |
| There are **22** comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 300,000 to $ 405,000 | | | |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Address | 1167 E. Mountain St. Pasadena, CA 91104 | 1369 E. Mountain St. Pasadena, CA 91104 | 1236 N. Catalina Ave. Pasadena, CA 91104 | 515 N. Chester Ave Pasadena, CA 91104 |
| Proximity to Subject | | 0.24 miles E | 0.44 miles NW | 0.47 miles S |
| Sale Price | $ | $ 372,000 | $ 395,000 | $ 380,000 |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 369.05 sq. ft. | $ 477.05 sq. ft. | $ 487.18 sq. ft. |
| Data Source(s) | | EXT INSP/REALQUEST/MLS | EXT INSP/REALQUEST/MLS | EXT INSP/REALQUEST/MLS |
| Verification Source(s) | PUBLIC RECORDS | DOC# 1468152 | DOC# 1847215 | DOC# 1479682 |

| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
|---|---|---|---|---|---|---|---|
| Sale or Financing | | Cash | | FHA Loan | | Conv. Loan | |
| Concessions | | No Concessions | | No Concessions | | No Concessions | |
| Date of Sale/Time | | 10/14/2010 | | 12/14/2010 | | 10/18/2010 | |
| Location | Avg./Traffic St | Avg./Traffic St | | Average | -10,000 | Average | -10,000 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 4,800 SqFt | 10,560 Sqft | -11,520 | 4,695 Sqft | -190 | 7,450 Sqft | -5,300 |
| View | None | None | | None | | None | |
| Design (Style) | Conventional | Conventional | | Conventional | | Conventional | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Actual Age | 89 yrs | 55 yrs | | 89 yrs | | 99 yrs | |
| Condition | Average | Average | | Average | | Average | |
| Above Grade | Total 4 Bdrms 2 Baths 1.00 | Total 4 Bdrms 2 Baths 1.00 | | Total 4 Bdrms 2 Baths 1.00 | | Total 5 Bdrms 2 Baths 1.00 | |
| Gross Living Area | 858 sq. ft. | 1,008 sq. ft. | -3,750 | 828 sq. ft. | +750 | 780 sq. ft. | +1,950 |
| Basement & Finished | None | None | | None | | None | |
| Rooms Below Grade | None | None | | None | | None | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FWA/Central | FWA/Central | | FWA/Central Air | | FWA/Central Air | |
| Energy Efficient Items | None Noted | None Noted | | None Noted | | None Noted | |
| Garage/Carport | 1 Car Gar. Carport | 2 Car Garage | -2,000 | 1 Car Gar. Det. | | 2 Car Garage | -2,000 |
| Porch/Patio/Deck | Covered Patio | Covered Patio | | Covered Patio | | Covered Patio | |
| Fireplaces | 1 Fireplace | None | +1,000 | 1 Fireplace | | 1 Fireplace | |
| Dining | Dining area | Dining Room | | Dining area | | Dining area | |
| Fence | Fence | Fence | | Fence | | Fence | |
| Net Adjustment (Total) | | + X - | $ -16,270 | + X - | $ -9,440 | + X - | $ -15,350 |
| Adjusted Sale Price of Comparables | | Net Adj: -4% Gross Adj: 5% | $ 355,730 | Net Adj: -2% Gross Adj: 3% | $ 385,560 | Net Adj: -4% Gross Adj: 5% | $ 364,650 |

X did ___ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ___ did X did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s) **Realquest; public Records; Local MLS.**
My research X did ___ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s) **Realquest - themie.com - immris.com - Public Records.**
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 10/11/2005 | 08/13/1987 | 04/16/2002 | 09/08/1999 |
| Price of Prior Sale/Transfer | 565,000 | $139,500 | $285,000 | $163,500 |
| Data Source(s) | Realquest/Public Records | Realquest/Public Records | Realquest/Public Records | Realquest/Public Records |
| Effective Date of Data Source(s) | Current Data Source | Current Data Source | Current Data Source | Current Data Source |

Analysis of prior sale or transfer history of the subject property and comparable sales  According to the owner(s), local multiple listing service(s) and public records, the subject property has not been sold within the past 36 months nor has it been listed within the past 12 months nor is under contract to sale at this time. Any prior sale(s) of the subject property or comparables are listed above.

Summary of Sales Comparison Approach  **The sources and data are considered reliable. When conflicting information was provided, the source deemed most reliable has been used. Data believed to be unreliable was not included in the report or used as a basis for the value conclusion. Adjustments: lot site area at $2.00 per sq ft: living area at $25.00 per sq ft; sales #2 and #3 were adjusted $10,000 for superior location. Subject is located in a heavy traffic street and front a city park. The above adjustments were determined by paired sales and/or brokers/real estate agents interviewed in subject's area. Condition adjustment based on exterior inspection and MLS description. All of the sales are located in the subject's immediate neighborhood and are the most recent, relevant sales available for comparison. Sales comparison analysis adequately brackets value within an acceptable range and sufficiently supports an estimated value of $380,000. - The cost analysis is corroborative. The subject property is a conforming single family residence.**

Indicated Value by Sales Comparison Approach $ **360,000**

Indicated Value by: Sales Comparison Approach $ **380,000**    Cost Approach (if developed) $ **372,648**    Income Approach (if developed) $ **0**
Most residences in the subject's area are owner occupied which suggests that the income approach is inapplicable. Cost approach is weakened by it's inability to accurately measured depreciation and reproduction costs. Therefore, the most weight was given to the sales comparison approach. - See Limiting Conditions #3 and see Appraiser's Certification #3. - See attached addendum.

This appraisal is made X "as is", ___ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ___ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ___ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:  **This appraisal report is prepared for the sole and exclusive use by the client and/or officers of the court for a litigation purpose.**

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ **360,000**, as of **01/17/2011**, which is the date of inspection and the effective date of this appraisal.

NL - Residential 5/2007     This form may be reproduced unmodified without written permission, however, Bradford Technologies, Inc. must be acknowledged and credited.

Produced by ClickFORMS Software BradfordSoftware.com     Page  **6** of **30**

0052

CARLOS S. REYES, APPRAISERS

File No.  A11-0001
Case No.

## Residential Appraisal Report

**1) SUBJECT NEIGHBORHOOD:** The subject neighborhood consists of one and two story single family homes showing similar age and quality. Homes in this neighborhood are very conforming and typical for a residential neighborhood. The accessibility of shopping, school, transportation, and freeway access is good. Value have been in a declining state.

**2) SUBJECT SITE:** The subject site is a level lot, is completely landscaped with irrigation, hardscape, side and rear fencing, the current zoning of PSR6, is legal and conforming. Subject property fronts a city park and it is located in a heavy traffic strett.

**3) SUBJECT CONDITION OF IMPROVEMENTS:** The subject is in average condition in the interior and exterior. No deferred maintenance noted. Please see photos attached.

**4) COST APPROACH:** The Cost Approach is based upon the present replacement cost to replace the building with another building having the same utility. The Cost Approach is also considered a supportive approach to the Market Approach.

**5) MARKET APPROACH:** The Market Approach is the main supporter of value. It is primarily based on sales of similar type properties in the subjects area, this is known as the principle of substitution. The adjustments being made for the differences in the comparables, compared to the subject property, is based upon an extensive research of Paired Sales Analysis. This determines what the market would return in value, of that particular difference, or possible amenity, to the property. This is known as the principle of contribution. The greatest weight was given to the most similar sale, or sales, as noted in the report.

**6) FINAL RECONCILIATION:** After reviewing and analyzing all three approaches, The Market, Cost, and Income Approaches, the Market Approach was determined to be the strongest supporter of value. The Cost Approach was considered supportive. The Income Approach was not applicable for this type of property.

**7) EXTRAORDINARY ASSUMPTION:** It is assumed that all structures, given value in this report are legally permitted as stated in this report. The type of and condition of utilities is assumed to be as stated. Due to being market driven, the cost approach figures are assumed to be as stated. It is assumed that there are no unknown geological or environmental adverse issues. The type of foundation is assumed to be as stated. The current zoning and flood information is assumed to be as stated. The physical characteristics of the comparables were either verified through county records, multiple listing service, or homeowner verification, assumed to be stated. The comparables are assumed to have no sales concessions. The current zoning is assumed to be as stated in this report. If any of these items are found to be not true or correct which includes all comments and assumptions made in thiis report, I reserve the right to change my appraisal.

**8. This Appraisal is made "as is".**

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)

| | | | | OPINION OF SITE VALUE | | | | =$ | 300,000 |
|---|---|---|---|---|---|---|---|---|---|
| ESTIMATED | REPRODUCTION OR | X | REPLACEMENT COST NEW | Dwelling | 858 | Sq. Ft. @ $ | 112.00 | =$ | 96,096 |
| Source of cost data  MARSHALL & SWIFT RESIDENTIAL HANDBOOK | | | | | | Sq. Ft. @ $ | | =$ | |
| Quality rating from cost service   AVG   Effective date of cost data  CURRENT | | | | | | | | =$ | 15,000 |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | | | | Porches, Patio areas, etc. | | | | | |
| NO FUNCTIONAL OR EXTERNAL OBSOLESCENCE. PHYSICAL | | | | Garage/Carport | 400 | Sq. Ft. @ $ | 35.00 | =$ | 14,000 |
| DEPRECIATION WAS DETERMINED BY THE AGE/LIFE METHOD. SITE | | | | Total Estimate of Cost-new | | | | =$ | 125,096 |
| VALUE WAS DERIVED ABSTRACTION METHOD. HIGH LAND TO | | | | Less | Physical  60 | Functional | External  16 | | |
| IMPROVEMENT VALUE RATIO IS TYPICAL FOR THIS AREA. | | | | Depreciation | 52,548 | 0 | 10,000 | =$ | 72,548 |
| REMAINING LIFE IS ESTIMATED AT 46 YEARS. | | | | Depreciated Cost of Improvements | | | | =$ | 52,548 |
| | | | | "As-is" Value of Site Improvements | | | | =$ | 20,000 |
| Estimated Remaining Economic Life (HUD and VA only) | | 50 | Years | Indicated Value By Cost Approach | | | | =$ | 372,548 |

| Estimated Monthly Market Rent $ | N/A | X Gross Multiplier | N/A | =$ | 0 | Indicated Value by Income Approach | |
|---|---|---|---|---|---|---|---|

Summary of Income Approach (including support for market rent and GRM)

| Is the developer/builder in control of the Homeowners' Association (HOA)? | Yes | No | Unit type(s) | Detached | Attached |
|---|---|---|---|---|---|

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit

Legal Name of Project

| Total number of phases | | Total number of units | | Total number of units sold | | |
|---|---|---|---|---|---|---|
| Total number of units rented | | Total number of units for sale | | Data source(s) | | |

Was the project created by the conversion of existing building(s) into a PUD?   Yes   No   If Yes, date of conversion.

Does the project contain any multi-dwelling units?   Yes   No   Data source.

Are the units, common elements, and recreation facilities complete?   Yes   No   If No, describe the status of completion.

Are the common elements leased to or by the Homeowner's Association?   Yes   No   If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.  N/A

0053

CARLOS S. REYES, APPRAISERS

File No.  A11-0001
Case No.

This appraisal report is subject to the scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. The Appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment.

## SCOPE OF WORK:
The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

## DEFINITION OF MARKET VALUE:
As per Fannie Mae the definition of market value is the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated, (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

## STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:
The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

NL - General Certification 5/2007    This form may be reproduced unmodified without written permission, however, Bradford Technologies, Inc. must be acknowledged and credited.
Produced by ClickFORMS Software  BradfordSoftware.com    Page    8    of    30

0054

CARLOS S. REYES, APPRAISERS

File No.  A11-0001
Case No.

## APPRAISER'S CERTIFICATION: The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event.

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

0055

CARLOS S. REYES, APPRAISERS

File No.   A11-0001
Case No.

21. I am aware that any disclosure or distribution of this appraisal report by me or the client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

22. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

## SUPERVISORY APPRAISER'S CERTIFICATION: The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature   *Carlos Reyes* | Signature _____ |
| Name   CARLOS S. REYES | Name _____ |
| Company Name   CARLOS S. REYES, APPRAISERS | Company Name _____ |
| Company Address 534 E. BRETT STREET | Company Address _____ |
| INGLEWOOD, CA 90302 | |
| Telephone Number 310-673-2527 | Telephone Number _____ |
| Email Address CREYES3643@AOL.COM | Email Address _____ |
| Date of Signature and Report 01/19/2011 | Date of Signature _____ |
| Effective Date of Appraisal 01/17/2011 | State Certification # _____ |
| State Certification # AR008643 | or State License # _____ |
| or State License # _____ | State _____ |
| or Other (describe) _____ State # ____ | Expiration Date of Certification or License _____ |
| State   CA | |
| Expiration Date of Certification or License 12/08/2012 | |

ADDRESS OF PROPERTY APPRAISED
1157 E. Mountain St.
Pasadena, CA 91104

APPRAISED VALUE OF SUBJECT PROPERTY $    360,000
CLIENT
Name _____
Company Name Armando Zentano
Company Address 1157 E. Mountain St.
Pasadena, Ca 91104

Email Address _____

SUBJECT PROPERTY

☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
     Date of Inspection _____
☐ Did inspect interior and exterior of subject property
     Date of Inspection _____

COMPARABLE SALES
☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
     Date of Inspection _____

NL - General Certification 5/2007          This form may be reproduced unmodified without written permission, however, Bradford Technologies, Inc. must be acknowledged and credited.

0056

Produced by ClickFORMS Software BradfordSoftware.com          Page   10 of 30

CARLOS S. REYES, APPRAISERS
**COMMENT ADDENDUM**

File No.    A11-0001
Case No.

| Borrower | Armando Zenteno | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1157 E. Mountain St. | | | | | | |
| City   Pasadena | | County | Los Angeles | State | CA | Zip Code | 91104 |
| Lender/Client | Armando Zenteno | | Address 1157 E. Mountain St. , Pasadena, Ca 91104 | | | | |

NEIGHBORHOOD DESCRIPTION:

THE SUBJECT PROPERTY IS LOCATED IN A SECTION OF SINGLE FAMILY RESIDENCES REFLECTING OVERALL AVERAGE TO GOOD EXTERIOR MAINTENANCE LEVELS. APPEAL IS INFLUENCED MOSTLY BY SIZE AND LEVEL OF MODERNIZATION. THERE ARE TYPICAL LOCATIONAL AMENITIES WITH NO MAJOR DETRIMENTAL INFLUENCES TO AFFECT SUBJECT'S MARKETABILITY. THE SUBJECT IS IN CLOSE PROXIMITY TO PUBLIC SCHOOLS, PARKS, SHOPPING, AND EMPLOYMENT CENTERS.  ACCESS TO THESE AREAS AND SURROUNDING CITIES ARE VIA MAIN THOROUGHFARES.  THE MARKETABILITY OF THE AREA IS CONSIDERED TO BE AVERAGE.

MARKETING CONDITIONS:

AVERAGE MARKETING CONDITIONS WITHIN SUBJECT PROPERTIES MARKET AREA.  OVERALL DEMAND IS AVERAGE FOR SINGLE FAMILY RESIDENCES OF SUBJECT'S TYPE DUE TO LOCATION AND OVERALL MAINTENANCE OF SURROUNDING NEIGHBORHOOD.  MARKETING TIME WITHIN THE GENERAL AREA IS UNDER 180 DAYS, PROVIDED THAT PROPERTIES ARE COMPETITIVELY PRICED.  DEMAND AND SUPPLY APPEARS TO BE IN BALANCE.  EXPOSURE TIME FOR THE SUBJECT AND SIMILAR SINGLE FAMILY RESIDENCES TYPICALLY RANGES FROM 60 TO 180 DAYS.  LOAN DISCOUNTS AND INTEREST BUY DOWNS ARE NOT TYPICAL. CONVENTIONAL AND FHA FINANCING SEEMS TO BE THE NORM.

ANALYSIS OF CURRENT AGREEMENT OF SALE, OPTION, OR LISTING:

ACCORDING TO THE OWNER(S) AND PUBLIC RECORD, THE SUBJECT HAS NOT BEEN SOLD WITHIN THE LAST DATE OF TRANSFER. SUBJECT PROPERTY IS NOT PRESENTLY LISTED NOR IS UNDER CONTRACT TO SALE AT THIS TIME. ANY PRIOR SALE(S) OF SUBJECT OR COMPARABLES ARE LISTED IN THIS REPORT.

COMMENTS ON SALES COMPARISON:

THE SOURCES AND DATA FOR THE SALES COMPARABLES ARE CONSIDERED RELIABLE, AND WHEN CONFLICTING INFORMATION WAS PROVIDED, THE SOURCE DEEMED MOST RELIABLE WAS USED. ADJUSTMENTS WERE DETERMINED BY PAIRED SALES AND/ OR BROKERS/ REAL ESTATE AGENTS INTERVIEWED IN SUBJECT'S MARKET AREA.  THE VALUE CONSIDERATION IS BRACKETED AND CONSIDERED TO BE SUPPORTED.  ALL COMPARABLES ARE CLOSE IN SIZE, AND WITHIN THE SAME MARKET AREA AS THE SUBJECT. THE INSIDE OF THE COMPARABLE SALES HAVE NOT BEEN INSPECTED BY THE APPRAISER, AND THEY ARE ASSUMED TO BE IN AVERAGE OR SUPERIOR  CONDITION UNLESS OTHERWISE INDICATED BY MLS OR EXTERIOR INSPECTION.  ADJUSTMENTS: LIVING AREA AT $20.00 PER SQ FT; LOT SITE AREA AT $2.00 PER SQ FT; BEDROOM AT AT $4,000; CONDITION ADJUSTMENT BASED ON EXTERIOR INSPECTION AND MLS DESCRIPTION. - ALL THREE COMPARABLES WERE EQUAL WEIGHT IN THE FINAL ANALYSIS.

0057

CARLOS S. REYES, APPRAISERS
**COMMENT ADDENDUM**

File No.   A11-0001
Case No.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower   Armando Zenteno | | | | | | | |
| Property Address   1157 E. Mountain St. | | | | | | | |
| City   Pasadena | County | | Los Angeles | State | CA | Zip Code | 91104 |
| Lender/Client   Armando Zenteno | | | Address  1157 E. Mountain St. , Pasadena, Ca 91104 | | | | |

INTENDED USE/CLIENT:

THIS APPRAISAL IS DONE IN THE "SUMMARY REPORT" FORMAT WHICH IS INTENDED FOR USE BY THE CLIENT,
AND / OR OFFICERS OF THE COURT FOR A "CHAPTER 13 - BANKRUPTCY" LITIGATION PURPOSE.  THIS REPORT IS
NOT INTENDED FOR ANY OTHER USE.  THIS APPRAISAL REPORT IS BASED ON OBSERVABLE CONDITIONS NOTED
AT THE TIME OF INSPECTION AND OTHER CONDITIONS KNOWN TO EXIST AT THE TIME OF THE APPRAISAL (SEE
LIMITING CONDITIONS #1).

ADDENDA -  "EXTRAORDINARY ASSUMPTION AND LIMITING CONDITION".

MY APPRAISAL REPORT IS BASED ON OBSERVABLE CONDITIONS NOTED AT THE TIME OF THE
INPECTION AND OTHER CONDITIONS KNOWN TO EXIST AT THE TIME OF THE APPRAISAL. I AM NOT A LICENSED
BUILDING CONTRACTOR OR PROFESSIONAL BUILDING INSPECTOR. I AM NOT QUALIFIED TO SURVEY OR
ANALYZE PHYSICAL ITEMS THAT ARE NOT READILY VISIBLE. IF ANY OF THE PARTIES IN THIS TRANSACTION
HAVE QUESTIONS OR CONCERNS REGARDING ANY MECHANICAL OR STRUCTURAL PHYSICAL PROBLEMS,
CONDITION, INFESTATION, CONTAMINATION AN EXPERT IN THAT FIELD SHOULD BE CONSULTED. IN ADDITION IT
IS ADVISABLE THAT THE BORROWER (BUYER), LENDER/CLIENT SHOULD GET A HOME INSPECTION FROM AN
EXPERT IN THAT FIELD. A HOME INSPECTION GIVES THE BUYER/CLIENT AN IMPARTIAL, PHYSICAL EVALUATION
OF THE OVERALL CONDITION OF THE PROPERTY AND ITEMS THAT NEED TO BE REPAIRED OR REPLACED. THE
INSPECTION GIVES A DETAILED REPORT ON THE CONDITION OF THE STRUCTURAL COMPONENTS, EXTERIOR,
ROOFING, PLUMBING, ELECTRICAL, HEATING, INSULATION AND VENTILATION, AIR CONDITIONING AND
INTERIORS.

0058

CARLOS S. REYES, APPRAISERS
**SUBJECT PHOTO ADDENDUM**

File No.   A11-0001
Case No.

Borrower   Armando Zenteno
Property Address   1157 E. Mountain St.
City  Pasadena          County          Los Angeles          State          CA          Zip Code          91104
Lender/Client   Armando Zenteno                              Address   1157 E. Mountain St. , Pasadena, Ca 91104



**FRONT OF
SUBJECT PROPERTY**
1157 E. Mountain St.
Pasadena, CA 91104



**REAR OF
SUBJECT PROPERTY**



**STREET SCENE**

0059

CARLOS S. REYES, APPRAISERS
**SUBJECT PHOTO ADDENDUM**

File No.    A11-0001
Case No.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Borrower | Armando Zenteno | | | | | | | |
| Property Address | 1157 E. Mountain St. | | | | | | | |
| City  Pasadena | | County | Los Angeles | | State | CA | Zip Code | 91104 |
| Lender/Client | Armando Zenteno | | | Address  1157-E. Mountain St. , Pasadena, Ca 91104 | | | | |



EXTERIOR PHOTOS
VIEW OF THE GARAGE



REAR OF THE
SUBJECT

0060

CARLOS S. REYES, APPRAISERS
## SUBJECT PHOTO ADDENDUM

File No.    A11-0001
Case No.

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | Armando Zenteno | | | | | |
| Property Address | 1157 E. Mountain St. | | | | | |
| City | Pasadena | County | Los Angeles | State | CA | Zip Code 91104 |
| Lender/Client | Armando Zenteno | | Address | 1157 E. Mountain St., Pasadena, Ca 91104 | | |



INTERIOR PHOTOS
LIVING ROOM



KITCHEN



DINING AREA

0061

CARLOS S. REYES, APPRAISERS
**SUBJECT PHOTO ADDENDUM**

File No.    A11-0001
Case No.

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower    Armando Zenteno | | | | | | |
| Property Address    1157 E. Mountain St. | | | | | | |
| City   Pasadena | County | Los Angeles | State | CA | Zip Code | 91104 |
| Lender/Client    Armando Zenteno | | | Address  1157 E. Mountain St. , Pasadena, Ca 91104 | | | |

INTERIOR PHOTOS
BEDROOM



BEDROM



BATHROOM



CARLOS S. REYES, APPRAISERS
**COMPARABLES 1-2-3**

File No.  A11-0001
Case No.

Borrower  Armando Zenteno
Property Address  1157 E. Mountain St.
City  Pasadena    County    Los Angeles    State    CA    Zip Code    91104
Lender/Client  Armando Zenteno    Address  1157 E. Mountain St. , Pasadena, Ca 91104



**COMPARABLE #  1**
1369 E. Mountain St.
Pasadena, CA 91104



**COMPARABLE #  2**
1236 N. Catalina Ave.
Pasadena, CA 91104



**COMPARABLE #  3**
515 N. Chester Ave
Pasadena, CA 91104

0063



CARLOS S. REYES, APPRAISERS
**SKETCH ADDENDUM**

File No.  A11-0001
Case No.

Borrower   Armando Zenteno
Property Address   1157 E. Mountain St.
City  Pasadena     County     Los Angeles     State     CA     Zip Code     91104
Lender/Client   Armando Zenteno     Address   1157 E. Mountain St. , Pasadena, Ca 91104

Lot size: 60 x 40 = 4,800 Sq.Ft.

16.0'

12.0'     1 Car Garage

27.0'

Covered Patio Area

Kitchen

Dining Area

Bedroom

Living Room

Bath     33.5'

13.0'

Bedroom

12.0'

Sketch by Apex IV™
Comments:

**AREA CALCULATIONS SUMMARY**

| Code | Description | Size | Net Totals |
|------|-------------|------|-----------|
| GLA1 | Gross Living Area | 857.00 | 857.00 |
| GAR | 1 Car Garage | 192.00 | 192.00 |

TOTAL LIVABLE     (rounded)     857

**LIVING AREA BREAKDOWN**

| | Breakdown | Subtotals |
|--|-----------|-----------|
| Gross Living Area | | |
| | 13.0  x   32.0 | 416.00 |
| | 13.0  x   27.0 | 351.00 |
| | 7.5  x   12.0 | 90.00 |

3 Calculations Total (rounded)     857

CARLOS S. REYES, APPRAISERS
**LOCATION MAP ADDENDUM**

File No.    A11-0001
Case No.

Borrower    Armando Zenteno
Property Address    1157 E. Mountain St.
City    Pasadena    County    Los Angeles    State    CA    Zip Code    91104
Lender/Client    Armando Zenteno    Address    1157 E. Mountain St., Pasadena, Ca 91104



©2010 Microsoft Corp ©2008 NAVTEQ, and/or HERE, Inc.

0065

CARLOS S. REYES, APPRAISERS
**PLAT MAP**

File No.  A11-0001
Case No.

Borrower  Armando Zenteno
Property Address  1157 E. Mountain St.
City  Pasadena    County  Los Angeles    State  CA    Zip Code  91104
Lender/Client  Armando Zenteno    Address  1157 E. Mountain St. , Pasadena, Ca 91104



**Flood Map Report**

File No.  A11-0001
Case No.

Borrower  Armando Zenteno
Property Address  1157 E. Mountain St.
City  Pasadena                County                Los Angeles                State    CA    Zip Code    91104
Lender/Client  Armando Zenteno                                Address    1157 E. Mountain St , Pasadena, Ca 91104

RealQuest.com ® - Report                                                                        Page 3 of 3

### Flood Map Report
For Property Located At

**1157 E MOUNTAIN ST, PASADENA, CA 91104-2969**

Report Date: 01/18/2011                                                           County: LOS ANGELES, CA

| Flood Zone Code | Flood Zone Panel | Panel Date |
|---|---|---|
| X | 065050 - 1375F | 09/26/2008 |
| Special Flood Hazard Area (SFHA) | Within 250 ft. of multiple flood zones? | Community Name |
| Out | No. | PASADENA, CITY OF |

**Flood Zone Description:**

X =    An area that is determined to be outside the 100- and 500-year floodplains.



**FloodMap Legend**

Flood Zones

Areas inundated by 500-year flooding

Areas outside of the 100 and 500-year floodplains

Areas inundated by 100-year flooding

Areas inundated by 100-year flooding with velocity hazard

Floodway areas

Floodway areas with velocity hazard

Areas of undetermined but possible flood hazards

Areas not mapped on any published FIRM

Comparable #1

File No.   A11-0001
Case No.

| | | | | | |
|---|---|---|---|---|---|
| Borrower  Armando Zenteno | | | | | |
| Property Address  1157 E. Mountain St. | | | | | |
| City  Pasadena | County | Los Angeles | State   CA | Zip Code | 91104 |
| Lender/Client   Armando Zenteno | | Address   1157 E. Mountain St. , Pasadena, Ca 91104 | | | |

RealQuest.com ® - Report

Page 1 of

## Comparable Sales Report
For Property Located At

CoreLogic
RealQuest Professional

Comparable # 1

Distance From Subject: 0.25 (miles)

Address: 1369 E MOUNTAIN ST, PASADENA, CA 91104-3026

### Owner Information:
| | | | |
|---|---|---|---|
| Owner Name: | FONG ERIC W | | |
| Mailing Address: | 842 NORUMBEGA DR, MONROVIA CA 91016-1815 C024 | | |
| Phone Number: | | Vesting Codes: | SM / / |

### Location Information:
| | | | |
|---|---|---|---|
| Legal Description: | R WILLIAMS REPLAT OF THE ALPINE TRACT LOT COM S 89 49'30" W 180 FT AND N 5 FT FROM SE COR OF BLK A TH N 0 01'30" W 165 FT TH S 89 49'30" W TO A PT N 89 49'30" E 10 FT AND N 0 01'30" W 165 FT FROM SE | | |
| County: | LOS ANGELES, CA | APN: | 5741-009-009 |
| Census Tract / Block: | 4624.00 / 1 | Alternate APN: | |
| Township-Range-Sect: | | Subdivision: | WILLIAMS R |
| Legal Book/Page: | | Map Reference: | 27-C2 / 565-B2 |
| Legal Lot: | 1 | Tract #: | |
| Legal Block: | A | School District: | PASADENA |
| Market Area: | | Munic/Township: | |
| Neighbor Code: | | | |

### Owner Transfer Information:
| | | | |
|---|---|---|---|
| Recording/Sale Date: | / | Deed Type: | |
| Sale Price: | | 1st Mtg Document #: | |
| Document #: | | | |

### Last Market Sale Information:
| | | | |
|---|---|---|---|
| Recording/Sale Date: | 10/14/2010 / 10/04/2010 | 1st Mtg Amount/Type: | / |
| Sale Price: | $372,000 | 1st Mtg Int. Rate/Type: | / |
| Sale Type: | FULL | 1st Mtg Document #: | |
| Document #: | 1488152 | 2nd Mtg Amount/Type: | / |
| Deed Type: | GRANT DEED | 2nd Mtg. Int. Rate/Type: | / |
| Transfer Document #: | | Price Per SqFt: | $369.05 |
| New Construction: | | Multi/Split Sale: | |
| Title Company: | FIDELITY NATIONAL TITLE CO | | |
| Lender: | | | |
| Seller Name: | WELLS FARGO BK NA | | |

### Prior Sale Information:
| | | | |
|---|---|---|---|
| Prior Rec/Sale Date: | 08/13/1987 / 08/1987 | Prior Lender: | WORLD S&L |
| Prior Sale Price: | $139,500 | Prior 1st Mtg Amt/Type: | $111,600 / CONV |
| Prior Doc Number: | 1293880 | Prior 1st Mtg Rate/Type: | / ADJ |
| Prior Deed Type: | GRANT DEED | | |

### Property Characteristics:
| | | | | | |
|---|---|---|---|---|---|
| Gross Area: | 1,008 | Parking Type: | DETACHED GARAGE | Construction: | FRAME |
| Living Area: | 1,008 | Garage Area: | | Heat Type: | CENTRAL |
| Tot Adj Area: | | Garage Capacity: | 2 | Exterior wall: | SHINGLE SIDING |
| Above Grade: | | Parking Spaces: | 2 | Porch Type: | |
| Total Rooms: | 4 | Basement Area: | | Patio Type: | COVERED PATIO |
| Bedrooms: | 2 | Finish Bsmnt Area: | | Pool: | |
| Bath(F/H): | 1 / | Basement Type: | | Air Cond: | CENTRAL |
| Year Built / Eff: | 1956 / 1956 | Roof Type: | | Style: | CONVENTIONAL |
| Fireplace: | / | Foundation: | RAISED | Quality: | AVERAGE |
| # of Stories: | 1.00 | Roof Material: | GRAVEL & ROCK | Condition: | GOOD |
| Other Improvements: | FENCE;FENCED YARD | | | | |

### Site Information:
| | | | | | |
|---|---|---|---|---|---|
| Zoning: | PSR6 | Acres: | 0.24 | County Use: | SINGLE FAMILY RESID (0100) |
| Flood Zone: | | Lot Area: | 10,560 | State Use: | |
| Flood Panel: | | Lot Width/Depth: | 64 x 165 | Site Influence: | |
| Flood Panel Date: | | Res/Comm Units: | 1 / | Sewer Type: | TYPE UNKNOWN |
| Land Use: | SFR | | | Water Type: | PUBLIC |

### Tax Information:
| | | | | | |
|---|---|---|---|---|---|
| Total Value: | $206,842 | Assessed Year: | 2010 | Property Tax: | $2,667.47 |
| Land Value: | $178,826 | Improved %: | 14% | Tax Area: | 7600 |
| Improvement Value: | $28,016 | Tax Year: | 2010 | Tax Exemption: | |
| Total Taxable Value: | $206,842 | | | | |

# 1

0068

Comparable #2

File No.   A11-0001
Case No.

| | | | | | |
|---|---|---|---|---|---|
| Borrower  Armando Zenteno | | | | | |
| Property Address 1157 E. Mountain St. | | | | | |
| City  Pasadena | County | Los Angeles | State   CA | Zip Code | 91104 |
| Lender/Client  Armando Zenteno | | Address   1157 E. Mountain St. , Pasadena, Ca 91104 | | | |

RealQuest.com ® - Report                                                                    Page 2 of 4

**Comparable # 2**                                        Distance From Subject: 0.41 (miles)
Address: 1236 N CATALINA AVE, PASADENA, CA 91104-2902

**Owner Information:**
Owner Name:          MEZA CHRISTOPHER/FERNANDEZ JENNIFER M
Mailing Address:     1236 N CATALINA AVE, PASADENA CA 91104-2902 C042
Phone Number:                            Vesting Codes:        HW / / JT

**Location Information:**
Legal Description:   WASHINGTON SQUARE LOT COM AT SW COR OF LOT 100 TH N ON W LINE
                     OF SD LOT 55 FT TH N 89 51'30"E 89.21 FT TH S TO S LINE THEREOF TH W
                     89.11 FT TO BEG PART OF LOT 100

| | | | |
|---|---|---|---|
| County: | LOS ANGELES, CA | APN: | 5740-003-012 |
| Census Tract / Block: | 4624.00 / 3 | Alternate APN: | |
| Township-Range-Sect: | | Subdivision: | WASHINGTON SQUARE |
| Legal Book/Page: | | Map Reference: | 27-B2 / 586-A1 |
| Legal Lot: | 100 | Tract #: | |
| Legal Block: | | School District: | PASADENA |
| Market Area: | | Munic/Township: | |
| Neighbor Code: | | | |

**Owner Transfer Information:**
| | | | |
|---|---|---|---|
| Recording/Sale Date: | / | Deed Type: | |
| Sale Price: | | 1st Mtg Document #: | |
| Document #: | | | |

**Last Market Sale Information:**
| | | | |
|---|---|---|---|
| Recording/Sale Date: | 12/14/2010 / 12/06/2010 | 1st Mtg Amount/Type: | $384,966 / FHA |
| Sale Price: | $395,000 | 1st Mtg Int. Rate/Type: | / |
| Sale Type: | FULL | 1st Mtg Document #: | 1847216 |
| Document #: | 1847215 | 2nd Mtg Amount/Type: | / |
| Deed Type: | GRANT DEED | 2nd Mtg Int. Rate/Type: | / |
| Transfer Document #: | | Price Per SqFt: | $477.05 |
| New Construction: | | Multi/Split Sale: | |
| Title Company: | LAWYERS TITLE | | |
| Lender: | CALIFORNIA PREMIERE LNDG | | |
| Seller Name: | CAHALAN KATHRYN & PATRICK | | |

**Prior Sale Information:**
| | | | |
|---|---|---|---|
| Prior Rec/Sale Date: | 04/16/2002 / 03/04/2002 | Prior Lender: | OCEAN WEST ENTS INC |
| Prior Sale Price: | $285,000 | Prior 1st Mtg Amt/Type: | $276,450 / CONV |
| Prior Doc Number: | 585019 | Prior 1st Mtg Rate/Type: | / FIX |
| Prior Deed Type: | GRANT DEED | | |

**Property Characteristics:**
| | | | | |
|---|---|---|---|---|
| Gross Area: | 828 | Parking Type: | ATTACHED GARAGE | Construction: | FRAME |
| Living Area: | 828 | Garage Area: | | Heat Type: | HEATED |
| Tot Adj Area: | | Garage Capacity: | 1 | Exterior wall: | SHINGLE SIDING |
| Above Grade: | | Parking Spaces: | 1 | Porch Type: | |
| Total Rooms: | 4 | Basement Area: | | Patio Type: | |
| Bedrooms: | 1 | Finish Bsmnt Area: | | Pool: | |
| Bath(F/H): | 1 / | Basement Type: | | Air Cond: | |
| Year Built / Eff: | 1922 / 1922 | Roof Type: | | Style: | CONVENTIONAL |
| Fireplace: | Y / 1 | Foundation: | RAISED | Quality: | AVERAGE |
| # of Stories: | 1.00 | Roof Material: | COMPOSITION SHINGLE | Condition: | AVERAGE |
| Other Improvements: | FENCE | | | |

**Site Information:**
| | | | | |
|---|---|---|---|---|
| Zoning: | PSR6 | Acres: | 0.11 | County Use: | SINGLE FAMILY RESID (0100) |
| Flood Zone: | | Lot Area: | 4,995 | State Use: | |
| Flood Panel: | | Lot Width/Depth: | 56 x 89 | Site Influence: | |
| Flood Panel Date: | | Res/Comm Units: | 1 / | Sewer Type: | TYPE UNKNOWN |
| Land Use: | SFR | | | Water Type: | PUBLIC |

**Tax Information:**
| | | | | |
|---|---|---|---|---|
| Total Value: | $325,168 | Assessed Year: | 2010 | Property Tax: | $3,867.79 |
| Land Value: | $260,936 | Improved %: | 20% | Tax Area: | 7500 |
| Improvement Value: | $65,232 | Tax Year: | 2010 | Tax Exemption: | |
| Total Taxable Value: | $319,168 | | | |

# 2

0069

Comparable #3

File No.   A11-0001
Case No.

| | | | | | |
|---|---|---|---|---|---|
| Borrower | Armando Zenteno | | | | |
| Property Address | 1157 E. Mountain St. | | | | |
| City | Pasadena | County | Los Angeles | State | CA | Zip Code | 91104 |
| Lender/Client | Armando Zenteno | | Address   1157 E. Mountain St. , Pasadena, Ca 91104 | | |

RealQuest.com ® - Report                                    Page 3 of 4

Comparable #: 3                                      Distance From Subject: 0.49 (miles)
Address. 515 N CHESTER AVE, PASADENA, CA 91106-1115

**Owner Information:**
Owner Name:                    MERRITT MELISSA J
Mailing Address:               515 N CHESTER AVE, PASADENA CA 91106-1115 C045
Phone Number:                  Vesting Codes:          SW // I

**Location Information:**
Legal Description:             VILLA VISTA TRACT LOT 24
County:                        LOS ANGELES, CA       APN:                   5739-012-013
Census Tract / Block:          4623.00 / 1           Alternate APN:
Township-Range-Sect:                                 Subdivision:           VILLA VISTA
Legal Book/Page:                                     Map Reference:         27-C3 / 566-B3
Legal Lot                      24                    Tract #:
Legal Block:                                         School District:       PASADENA
Market Area:                                         Munic/Township:
Neighbor Code:

**Owner Transfer Information:**
Recording/Sale Date:           /                     Deed Type:
Sale Price:                                          1st Mtg Document #:
Document #:

**Last Market Sale Information:**
Recording/Sale Date:           10/18/2010 / 09/22/2010   1st Mtg Amount/Type:   $304,000 / CONV
Sale Price:                    $380,000              1st Mtg Int. Rate/Type:   /
Sale Type:                     FULL                 1st Mtg Document #:     1479683
Document #:                    1479682              2nd Mtg Amount/Type:    /
Deed Type:                     GRANT DEED           2nd Mtg Int. Rate/Type:   /
Transfer Document #:                                Price Per SqFt:        $487.18
New Construction:                                   Multi/Split Sale:
Title Company:                 EQUITY TITLE
Lender:                        WELLS FARGO BK NA
Seller Name:                   DEAVILA LISA S

**Prior Sale Information:**
Prior Rec/Sale Date:           09/08/1999 / 08/17/1999   Prior Lender:          FIELDSTONE MTG
                                                                                CO
Prior Sale Price:              $163,500              Prior 1st Mtg Amt/Type:   $138,975 / CONV
Prior Doc Number:              1702052              Prior 1st Mtg Rate/Type:   / FIX
Prior Deed Type:               GRANT DEED

**Property Characteristics:**
Gross Area:                    780                  Parking Type:    CARPORT    Construction:
Living Area:                   780                  Garage Area:                Heat Type:        HEATED
Tot Adj Area:                                       Garage Capacity:   1        Exterior wall:    SHINGLE
                                                                                                  SIDING
Above Grade:                                        Parking Spaces:    1        Porch Type:
Total Rooms:                   6                     Basement Area:              Patio Type:       PATIO
Bedrooms:                      2                     Finish Bsmt Area:           Pool:
Bath(F/H):                     1 /                  Basement Type:              Air Cond:
Year Built / Eff:              1912 / 1912          Roof Type:                  Style:            CONVENTIONAL
Fireplace                      Y / 1                Foundation:      RAISED,    Quality:          AVERAGE
# of Stories:                  1.00                 Roof Material:   COMPOSITION  Condition:        AVERAGE
                                                                    SHINGLE
Other Improvements: FENCE

**Site Information:**
Zoning                         PSR6                 Acres:           0.17       County Use:       SINGLE FAMILY
                                                                                                  RESID (0100)
Flood Zone:                                         Lot Area:        7,450      State Use:
Flood Panel:                                        Lot Width/Depth:  50 x 149  Site Influence:
                                                                                Sewer Type:       TYPE
Flood Panel Date:                                   Res/Comm Units    1 /                          UNKNOWN
Land Use                       SFR                                              Water Type:       PUBLIC

**Tax Information:**
Total Value:                   $194,871             Assessed Year:   2010       Property Tax:     $2,411.85
Land Value:                    $156,739             Improved %:      20%        Tax Area:         7500
Improvement Value:             $38,932              Tax Year:        2010       Tax
Total Taxable Value:           $187,871                                         Exemption:

# 3

CARLOS S. REYES, APPRAISERS
**Definitions**

File No.   A11-0001
CASE NO.

| Borrower | Armando Zenteno | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1157 E. Mountain St. | | | | | | |
| City  Pasadena | | County | Los Angeles | State | CA | Zip Code | 91104 |
| Lender/Client | Armando Zenteno | | Address  1157 E. Mountain St. , Pasadena, Ca 91104 | | | | |

MARKET VALUE:

THIS APPRAISAL HAS BEEN PREPARED IN ACCORDANCE WITH THE FEDERAL DEPOSIT INSURANCE
CORPORATION (FDIC) FINAL RULES, 12 CFR PART 323.2(F), WHICH INCORPORATES THE FOLLOWING MARKET
VALUE DEFINITION:
THE MOST PROBABLE PRICE WHICH A PROPERTY SHOULD BRING IN A COMPETITIVE AND OPEN MARKET UNDER
ALL CONDITIONS REQUISITE TO A FAIR SALE, THE BUYER AND SELLER EACH ACTING PRUDENTLY AND
KNOWLEDGEABLY, AND ASSUMING THE PRICE IS NOT AFFECTED BY UNDUE STIMULUS.  IMPLICIT IN THIS
DEFINITION IS THE CONSUMMATION OF A SALE AS OF A SPECIFIED DATE AND THE PASSING OF TITLE FROM
SELLER TO BUYER UNDER CONDITIONS WHEREBY:

BUYER AND SELLER ARE TYPICALLY MOTIVATED;

BOTH PARTIES ARE WELL INFORMED OR WELL ADVISED, AND ACTING IN WHAT THEY CONSIDER THEIR OWN
BEST INTERESTS;

A REASONABLE TIME IS ALLOWED FOR EXPOSURE IN THE OPEN MARKET;

PAYMENT IS MADE IN TERMS OF CASH IN U.S. DOLLARS OR IN TERMS OF FINANCIAL ARRANGEMENTS
COMPARABLE THERETO; AND

THE PRICE REPRESENTS THE NORMAL CONSIDERATION FOR THE PROPERTY SOLD UNAFFECTED BY SPECIAL
OR CREATIVE FINANCING OR SALES CONCESSIONS GRANTED BY ANYONE ASSOCIATED WITH THE SALE.

FEE SIMPLE ESTATE:

THE ABSOLUTE OWNERSHIP UNENCUMBERED BY ANY OTHER INTEREST OR ESTATE, SUBJECT ONLY TO THE
LIMITATIONS IMPOSED BY THE GOVERNMENTAL POWERS OF TAXATION, EMINENT DOMAIN, POLICE POWER, AND
ESCHEAT.  (THE APPRAISAL OF REAL ESTATE, TWELFTH EDITION, APPRAISAL INSTITUTE).

LEASED FEE ESTATE:

THE OWNERSHIP INTEREST HELD BY A LANDLORD WITH THE RIGHT OF USE AND OCCUPANCY CONVEYED BY
LEASE TO OTHERS; THE RIGHTS OF LESSOR (THE LEASED FEE OWNER) AND LEASED FEE ARE SPECIFIED BY
CONTRACT TERMS CONTAINED WITHIN THE LEASE.  (THE APPRAISAL OF REAL ESTATE, TWELFTH EDITION,
APPRAISAL INSTITUTE).

LEASEHOLD ESTATE:

THE RIGHT TO USE AND OCCUPY REAL ESTATE FOR A STATED TERM UNDER THE CONDITIONS CONVEYED IN
THE LEASE.  (THE APPRAISAL OF REAL ESTATE, TWELFTH EDITION, APPRAISAL INSTITUTE).

0071

CARLOS S. REYES, APPRAISERS
**Scope of Work**

File No.   A11-0001
CASE NO.

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower   Armando Zenteno | | | | | | |
| Property Address   1157 E. Mountain St. | | | | | | |
| City   Pasadena | County | | Los Angeles | State | CA | Zip Code   91104 |
| Lender/Client   Armando Zenteno | | | Address 1157 E. Mountain St. , Pasadena, Ca 91104 | | | |

PURPOSE

THE PURPOSE OF THE APPRAISAL IS TO ESTIMATE THE MARKET VALUE OF THE FEE SIMPLE INTEREST IN THE SUBJECT PROPERTY, AS-IS, AS OF THE DATE OF APPRAISAL (Effective Date).  THE FEE SIMPLE INTEREST IS APPROPRIATE BECAUSE THE SFR'S ARE TYPICALLY OWNER OCCUPIED/NOT RENTED. THE FEE SIMPLE INTEREST IF GIVEN THE PRIMARY CONSIDERATION DUE TO THE COST APPROACHES WEAKENED INABILITY TO ACCURATELY MEASURE DEPRECIATION AND REPRODUCTION COSTS.

INTENDED USE/CLIENT

THIS APPRAISAL IS DONE IN THE "SUMMARY REPORT" FORMAT WHICH IS INTENDED FOR USE BY THE CLIENT, AND/OR OFFICERS OF THE COURT FOR "CHAPTER 13" LITIGATION PURPOSES. THIS REPORT IS NOT INTENDED FOR ANY OTHER USE. VOID IF USED FOR OTHER PURPOSE. IT IS NOT TO BE RELIED UPON BY ANY THIRD PARTIES FOR ANY PURPOSE, WHATSOEVER.

APPRAISAL PROCEDURES

THIS APPRAISAL HAS BEEN PREPARED IN CONFORMITY WITH THE UNIFORM STANDARDS OF PROFESSIONAL APPRAISAL PRACTICE, TITLE XI OF FIRREA, THE APPRAISAL INSTITUTE AND THE REQUIREMENTS OF THE CLIENT.  THE REQUIREMENTS OF THE CLIENT INCLUDE TWO DOCUMENTS ENTITLED SCOPE OF WORK AND INSTRUCTIONS TO APPRAISERS.  TO ACCOMPLISH THE STATED PURPOSE OF THE APPRAISAL, THE APPRAISER HAS CONDUCTED A FIELD INSPECTION OF THE PROPERTY UNDER APPRAISAL AND ITS NEIGHBORHOOD, AND HAS COLLECTED AND ANALYZED RELEVANT MARKET DATA AS NECESSARY TO FORM AN OPINION OF VALUE. THE SCOPE OF THIS APPRAISAL CONSISTS OF AN ON-SITE INSPECTION OF THE PROPERTY UNDER APPRAISAL; A REVIEW OF THE PROPERTY'S HISTORY; A STUDY OF THE SUBJECT'S ORIENTATION TO ITS IMMEDIATE AND GENERAL SURROUNDINGS; CONSULTATION WITH THE APPROPRIATE GOVERNMENTAL AUTHORITIES; AND FIELD WORK WHICH INCLUDES THE COLLECTION OF INFORMATION FROM SOURCES SUCH AS THE REAL ESTATE BROKERAGE COMMUNITY, PROPERTY MANAGERS, AND PROPERTY OWNERS.
EXPERT KNOWLEDGE OF SOILS CONDITIONS, ENVIRONMENTAL HAZARDS AND THE STRUCTURAL INTEGRITY OF BUILDINGS IS BEYOND THE SCOPE OF THIS APPRAISAL.

COMPETENCY PROVISION

THE SIGNORS HAVE THE KNOWLEDGE AND EXPERIENCE NECESSARY TO COMPLETE THIS APPRAISAL ASSIGNMENT AS A RESULT OF HAVING PREVIOUSLY APPRAISED SIMILAR TYPES OF PROPERTY.

0072

CARLOS S. REYES, APPRAISERS
**Assumptions for this Appraisal**

File No.    A11-0001
CASE NO.

| | | | | | |
|---|---|---|---|---|---|
| Borrower  Armando Zenteno | | | | | |
| Property Address    1157 E. Mountain St. | | | | | |
| City   Pasadena | County | Los Angeles | State | CA | Zip Code    91104 |
| Lender/Client   Armando Zenteno | | Address  1157 E. Mountain St. , Pasadena, Ca 91104 | | | |

TITLE TO REAL ESTATE.

NO OPINION IS RENDERED AS TO PROPERTY TITLE, WHICH IS ASSUMED TO BE GOOD AND MARKETABLE.
UNLESS OTHERWISE STATED, NO CONSIDERATION IS GIVEN TO LIENS OR ENCUMBRANCES AGAINST THE
PROPERTY.  SKETCHES, MAPS, PHOTOS OR OTHER GRAPHIC AIDS INCLUDED IN THE APPRAISAL REPORT ARE
INTENDED TO ASSIST THE READER IN IDENTIFICATION AND VISUALIZATION OF THE PROPERTY, AND ARE NOT
INTENDED FOR TECHNICAL PURPOSES.

LIENS OR ENCUMBRANCES.

THE PROPERTY IS APPRAISED FREE AND CLEAR OF ANY AND ALL LIENS OR ENCUMBRANCES, UNLESS
OTHERWISE STATED.

OWNERSHIP.

RESPONSIBLE OWNERSHIP AND FEE SIMPLE STATUS.

INFORMATION AND DATA.

INFORMATION FURNISHED BY OTHERS IS PRESUMED TO BE RELIABLE AND, WHERE SO SPECIFIED IN THE
REPORT, HAS BEEN VERIFIED, BUT NO RESPONSIBILITY, WHETHER LEGAL OR OTHERWISE, IS ASSUMED FOR ITS
ACCURACY, AND IT CANNOT BE GUARANTEED AS BEING CERTAIN.  NO SINGLE ITEM OF INFORMATION WAS
COMPLETELY RELIED UPON TO THE EXCLUSION OF OTHER INFORMATION.

ENGINEERING.

ALL ENGINEERING IS ASSUMED TO BE CORRECT.  THE PLOT PLANS AND ILLUSTRATED MATERIAL IN THIS
REPORT ARE INCLUDED ONLY TO ASSIST THE READER IN VISUALIZING THE PROPERTY.

HIDDEN CONDITIONS.

IT IS ASSUMED THAT THERE ARE NO HIDDEN OR UNAPPARENT CONDITIONS OF THE PROPERTY, SUBSOIL, OR
STRUCTURES THAT RENDER IT MORE OR LESS VALUABLE.  NO RESPONSIBILITY IS ASSUMED FOR SUCH
CONDITIONS OR FOR ARRANGING FOR ENGINEERING STUDIES THAT MAY BE REQUIRED TO DISCOVER THEM.

FEDERAL, STATE AND LOCAL LAWS.

IT IS ASSUMED THAT THERE IS FULL COMPLIANCE WITH ALL APPLICABLE FEDERAL, STATE AND LOCAL
ENVIRONMENTAL REGULATIONS AND LAWS, UNLESS NON-COMPLIANCE IS STATED, DEFINED AND CONSIDERED
IN THE APPRAISAL REPORT.

APPLICABLE ZONING AND USE REGULATIONS.

IT IS ASSUMED THAT ALL ZONING AND USE REGULATIONS AND RESTRICTIONS HAVE BEEN COMPLIED WITH,
UNLESS A NON-CONFORMITY HAS BEEN STATED, DEFINED, AND CONSIDERED IN THE APPRAISAL REPORT.

LICENSES, CERTIFICATES OF OCCUPANCY AND CONSENTS.

IT IS ASSUMED THAT ALL REQUIRED LICENSES, CERTIFICATES OF OCCUPANCY, CONSENTS, OR OTHER
LEGISLATIVE OR ADMINISTRATIVE AUTHORIZATIONS FROM ANY LOCAL, STATE, OR NATIONAL GOVERNMENT, OR
PRIVATE ENTITY OR ORGANIZATIONS HAVE BEEN OR CAN BE OBTAINED OR RENEWED, FOR ANY USE ON WHICH
THE VALUE ESTIMATE CONTAINED IN THIS REPORT IS BASED.

ENCROACHMENTS.

IT IS ASSUMED THAT THE UTILIZATION OF THE LAND AND IMPROVEMENTS IS WITHIN THE BOUNDARIES OR
PROPERTY LINES OF THE PROPERTY DESCRIBED, AND THAT THERE ARE NO ENCROACHMENT OR TRESPASS,
UNLESS NOTED IN THE REPORT.

0073

CARLOS S. REYES, APPRAISERS
**Assumptions for this Appraisal**

File No.    A11-0001
CASE NO.

Borrower  Armando Zenteno
Property Address  1157 E. Mountain St.
City  Pasadena          County          Los Angeles          State          CA          Zip Code          91104
Lender/Client  Armando Zenteno                    Address  1157 E. Mountain St., Pasadena, Ca 91104

OTHER PROFESSIONAL SERVICES.

IT IS ASSUMED THAT LEGAL, ENGINEERING OR OTHER PROFESSIONAL ADVICE, AS MAY BE REQUIRED, HAS BEEN OR WILL BE OBTAINED FROM PROFESSIONAL SOURCES AND THAT THE APPRAISAL REPORT WILL NOT BE USED FOR GUIDANCE IN LEGAL OR TECHNICAL MATTERS SUCH AS, BUT NOT LIMITED TO, THE EXISTENCE OF ENCROACHMENTS, EASEMENTS OR OTHER DISCREPANCIES AFFECTING THE LEGAL DESCRIPTION OF THE PROPERTY. IT IS ASSUMED THAT THERE ARE NO CONCEALED OR DUBIOUS CONDITIONS OF THE SUBSOIL OR SUBSURFACE WATERS INCLUDING WATER TABLE AND FLOOD PLAIN, UNLESS OTHERWISE NOTED. WE FURTHER ASSUME THERE ARE NO REGULATIONS OF ANY GOVERNMENT ENTITY TO CONTROL OR RESTRICT THE USE OF THE PROPERTY UNLESS SPECIFICALLY REFERRED TO IN THE REPORT. IT IS ALSO ASSUMED THAT THE PROPERTY WILL NOT OPERATE IN VIOLATION OF ANY APPLICABLE GOVERNMENT REGULATIONS, CODES, ORDINANCES OR STATUTES.

DISTRIBUTION OF THE TOTAL VALUE.

THE DISTRIBUTION, IF ANY, OF THE TOTAL VALUATION IN THIS REPORT BETWEEN LAND AND IMPROVEMENTS APPLIES ONLY UNDER THE STATED PROGRAM OF UTILIZATION.  THE SEPARATE ALLOCATIONS FOR LAND AND BUILDINGS MUST NOT BE USED IN CONJUNCTION WITH ANY OTHER APPRAISAL AND ARE INVALID IF SO USED.

RIGHT OF PUBLICATION.

POSSESSION OF THIS REPORT, OR A COPY THEREOF, DOES NOT CARRY WITH IT THE RIGHT OF PUBLICATION. THE REPORT AND THE FINAL ESTIMATE OF VALUE AND THE PROSPECTIVE FINANCIAL ANALYSES INCLUDED IN IT ARE INTENDED SOLELY FOR THE INFORMATION OF THE PERSON OR PERSONS TO WHOM THEY ARE ADDRESSED, SOLELY FOR THE PURPOSES STATED, AND SHOULD NOT BE RELIED UPON FOR ANY OTHER PURPOSE.  NEITHER OUR REPORT, NOR ITS CONTENTS, NOR ANY REFERENCE TO THE APPRAISER MAY BE INCLUDED OR QUOTED IN ANY OFFERING CIRCULAR OR REGISTRATION STATEMENT, PROSPECTUS, SALES BROCHURE, OTHER APPRAISAL, LOAN OR OTHER AGREEMENT OR DOCUMENT WITHOUT OUR PRIOR WRITTEN PERMISSION.
OTHER SERVICES. THE APPRAISER, BY REASON OF THIS APPRAISAL, IS NOT REQUIRED TO GIVE FURTHER CONSULTATION, TESTIMONY, OR BE IN ATTENDANCE IN COURT WITH REFERENCE TO THE PROPERTY IN QUESTION, UNLESS ARRANGEMENTS HAVE BEEN PREVIOUSLY MADE.  APPRAISAL ASSIGNMENTS ARE ACCEPTED WITH THE UNDERSTANDING THAT THERE IS NO OBLIGATION TO FURNISH SERVICES AFTER COMPLETION OF THE ORIGINAL ASSIGNMENT.  IF THE NEED FOR SUBSEQUENT SERVICES RELATED TO AN APPRAISAL ASSIGNMENT (E.G., TESTIMONY, UPDATES, CONFERENCES, REPRINT OR COPY SERVICES) IS CONTEMPLATED, SPECIAL ARRANGEMENTS ACCEPTABLE TO THESE APPRAISERS MUST BE MADE IN ADVANCE.

ADVERTISING

NEITHER ALL, NOR ANY PART OF THE CONTENTS OF THIS REPORT, ESPECIALLY ANY CONCLUSIONS AS TO VALUE, THE IDENTITY OF THE APPRAISER, OR THE FIRM WITH WHICH THE APPRAISER IS CONNECTED, SHALL BE DISSEMINATED TO THE PUBLIC THROUGH ADVERTISING, PUBLIC RELATIONS, NEWS, SALES, OR OTHER MEDIA, WITHOUT THE PRIOR WRITTEN CONSENT AND APPROVAL OF THE APPRAISER.

FRACTIONAL INTERESTS.

ANY VALUE ESTIMATES PROVIDED IN THE REPORT APPLY TO THE ENTIRE PROPERTY, AND ANY PRORATION OR DIVISION OF THE TOTAL INTO FRACTIONAL INTERESTS, WILL INVALIDATE THE VALUE ESTIMATE, UNLESS PRORATION OR DIVISION OF INTERESTS HAS BEEN SET FORTH IN THE REPORT.

PROPOSED PROJECTS.

IF THE SUBJECT OF THIS APPRAISAL REPORT IS A PROPOSED PROJECT, AND IF ONLY PRELIMINARY PLANS AND SPECIFICATIONS WERE AVAILABLE IN PREPARATION OF THIS APPRAISAL, THE ANALYSIS IS SUBJECT TO A REVIEW OF THE FINAL PLANS AND SPECIFICATIONS, WHEN AVAILABLE, UNLESS OTHERWISE STATED.

PROPOSED IMPROVEMENTS.

ANY PROPOSED IMPROVEMENTS ARE ASSUMED TO HAVE BEEN COMPLETED UNLESS OTHERWISE STIPULATED; ANY CONSTRUCTION IS ASSUMED TO CONFORM WITH THE BUILDING PLANS REFERENCED IN THIS REPORT.

AVAILABLE DATA.

IT IS ASSUMED THE READER OR USER OF THIS REPORT HAS BEEN PROVIDED WITH COPIES OF AVAILABLE BUILDING PLANS, ALL LEASES, AND AMENDMENTS, IF ANY, ENCUMBERING THE PROPERTY.

0074

CARLOS S. REYES, APPRAISERS
**Assumptions for this Appraisal**

File No.    A11-0001
CASE NO.

Borrower   Armando Zenteno
Property Address   1157 E. Mountain St.
City   Pasadena                County          Los Angeles          State          CA          Zip Code          91104
Lender/Client   Armando Zenteno                                        Address   1157 E. Mountain St. , Pasadena, Ca 91104

BOUNDARY SURVEY.

NO LEGAL DESCRIPTION OR SURVEY WAS FURNISHED TO THIS APPRAISER UNLESS OTHERWISE NOTED IN THIS REPORT.  THE COUNTY TAX PLAT WAS USED TO ASCERTAIN THE PHYSICAL DIMENSIONS AND ACREAGE OF THE PROPERTY.  SHOULD A SURVEY PROVE THESE CHARACTERISTICS INACCURATE, IT MAY BE NECESSARY FOR THIS APPRAISAL TO BE ADJUSTED.

FORECASTS, PROJECTIONS, AND OPERATING ESTIMATES.

THE FORECASTS, PROJECTIONS, OR OPERATING ESTIMATES CONTAINED HEREIN ARE BASED ON CURRENT MARKET CONDITIONS, ANTICIPATED SHORT-TERM SUPPLY AND DEMAND FACTORS, AND A CONTINUED STABLE ECONOMY.  THESE FORECASTS ARE, THEREFORE, SUBJECT TO CHANGES IN FUTURE CONDITIONS.  NO SIGNIFICANT CHANGE IS ASSUMED IN THE SUPPLY AND DEMAND PATTERNS INDICATED IN THE REPORT. (THE APPRAISAL ASSUMES MARKET CONDITIONS AS OBSERVED AS OF THE CURRENT DATE OF OUR MARKET RESEARCH STATED IN THE LETTER OF TRANSMITTAL).  THESE MARKET CONDITIONS ARE BELIEVED TO BE CORRECT; HOWEVER, THE APPRAISERS ASSUMES NO LIABILITY SHOULD MARKET CONDITIONS MATERIALLY CHANGE BECAUSE OF UNUSUAL OR UNFORESEEN CIRCUMSTANCES.

APPRAISAL VALUE.

APPRAISED VALUE MAY OR MAY NOT EQUAL THE FINAL SALES PRICE SINCE NEGOTIATIONS MAY AFFECT FINAL AGREED PRICE.

SUBSEQUENT DATA.

THE APPRAISER RESERVES THE RIGHT TO MAKE SUCH ADJUSTMENTS TO THE VALUATION HEREIN REPORTED, AS MAY BE REQUIRED BY CONSIDERATION OF ADDITIONAL DATA OR MORE RELIABLE DATA THAT MAY BECOME AVAILABLE SUBSEQUENT TO THIS REPORT.

OIL, GAS AND MINERAL RIGHTS.

NO OPINION IS EXPRESSED AS TO THE VALUE OF SUBSURFACE OIL, GAS OR MINERAL RIGHTS OR WHETHER THE PROPERTY IS SUBJECT TO SURFACE ENTRY FOR THE EXPLORATION OR REMOVAL OF SUCH MATERIALS EXCEPT AS EXPRESSLY STATED IN THIS REPORT.

FINANCIAL INFORMATION.

APPRAISAL REPORTS MAY CONTAIN PROSPECTIVE FINANCIAL INFORMATION, ESTIMATES OR OPINIONS THAT REPRESENT THE APPRAISER'S VIEW OF REASONABLE EXPECTATIONS AT A PARTICULAR POINT IN TIME, BUT SUCH INFORMATION, ESTIMATES OR OPINIONS ARE NOT OFFERED AS PREDICTIONS OR AS ASSURANCES THAT A PARTICULAR LEVEL OF INCOME OR PROFIT WILL BE ACHIEVED, THAT EVENTS WILL OCCUR, OR THAT A PARTICULAR PRICE WILL BE OFFERED OR ACCEPTED.  ACTUAL RESULTS ACHIEVED DURING THE PERIOD COVERED BY OUR PROSPECTIVE FINANCIAL ANALYSIS WILL VARY FROM THOSE DESCRIBED IN OUR REPORT, AND THE VARIATIONS MAY BE MATERIAL.

0075

CARLOS S. REYES, APPRAISERS

File No.    A11-0001

Case No.

## Privacy Notice

Appraisers, along with all providers of personal financial services, are now required by federal law to inform their clients of the policies of the firm with regard to the privacy of client nonpublic personal information. As professionals, we understand that your privacy is very important to you and are pleased to provide you with this information.

### Types of Nonpublic Personal Information We Collect

In the course of performing appraisals, we may collect what is known as "nonpublic personal information" about you. This information is used to facilitate the services that we provide to you and may include the information provided to us by you directly or received by us from others with your authorization.

### Parties to Whom We Disclose Information

We do not disclose any nonpublic personal information obtained in the course of our engagement with our clients to nonaffiliated third parties except as necessary or as required by law. By way of example, a necessary disclosure would be to our employees, and in certain situations, to unrelated third party consultants who need to know that information to assist us in providing appraisal services to you. All of our employees and any third party consultants we employ are informed that any information they see as part of an appraisal assignment  is to be maintained in strict confidence within the firm.

A disclosure required by law would be a disclosure by us that is ordered by a court of competent jurisdiction with regard to a legal action to which you are a party.

### Confidentiality and Security

We will retain records relating to professional services that we have provided to you for a reasonable time so that we are better able to assist you with your needs. In order to protect your nonpublic personal information from unauthorized access by third parties, we maintain physical, electronic and procedural safeguards that comply with our professional standards to insure the security and integrity of your information.

Please feel free to call us at any time if you have any questions about the confidentiality of the information that you provide to us.

0076

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
FREDMAN KNUPFER LIEBERMAN LLP
1875 Century Park East, Suite 2200
Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 19, 2011      , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

Kathy A Dockery (TR)    efiling@CH13LA.com
Carol E Hardy     dgarcia@portfoliorecovery.com
Christopher M McDermott    ecfcacb@piteduncan.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On April 19, 2011               , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Via U.S. Mail**
Chambers of the Hon. Alan Ahart
255 E. Temple St., Ste. 1382
Los Angeles, CA 90012

**Via U.S. Mail**
United States Trustee
725 S. Figueroa St., 26th Floor
Los Angeles, CA 90017

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

April 19, 2011          ADELAIDA OLVERA
_Date_                    _Type Name_                    _Signature_

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010                                    Page 4                          **F 4003-2.4.MOTION**

## II. **SERVED BY U.S. MAIL, CERTIFIED MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):

*(Attached page to Proof of Service-please include any additional or alternative addresses and attach additional pages if needed)*
*(Certified Mail required for service on a national bank.)*

| Name of 1st Name of 1st Lien Holder & Address | Address from: | Delivery Method |
|---|---|---|
| John G. Stumpf, CEO<br>Wells Fargo Bank, N.A.<br>Final Documents X4701-022<br>1000 Blue Gentian Road<br>Eagan, MN 55121-1663 | ☐ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☒ Other: *specify*<br>Deed of Trust | ☒ US Mail<br>☒ Certified mail –<br>Tracking # 70022410000387105033<br>☐ Overnight mail –<br>Tracking # _____<br>Carrier Name: _____ |
| Name of 1st Lien Holder- Agent for Service of Process<br>John G. Stumpf, CEO<br>Wells Fargo Bank, N.A.<br>c/o Corporation Service Company<br>2730 Gateway Oaks Dr., Ste. 100<br>Sacramento, CA 95833 | ☐ Proof of claim  ☒ Secretary of State<br>☐ FDIC website  ☐ Other: *specify* | ☒ US Mail<br>☒ Certified mail –<br>Tracking # 70022410000387105040<br>☐ Overnight mail –<br>Tracking # _____<br>Carrier Name: _____ |
| Name of 1st Lien Holder – Servicing Agent<br>John G. Stumpf, CEO<br>Wells Fargo Bank, N.A.<br>101 N. Phillips Avenue<br>Sioux Falls, SD 57104 | ☐ Proof of claim  ☒ Secretary of State<br>☐ FDIC website  ☐ Other: *specify* | ☒ US Mail<br>☒ Certified mail –<br>Tracking # 70022410000387105057<br>☐ Overnight mail –<br>Tracking # _____<br>Carrier Name: _____ |

| Name of 2nd Lien Holder & Address | Address from: | Delivery Method |
|---|---|---|
| John G. Stumpf, CEO<br>Wells Fargo Bank, N.A.<br>Wells Fargo Services Consumer Loan Servicing<br>PO Box 31557<br>Billings, MT 59107 | ☐ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☒ Other: *specify*<br>Deed of Trust | ☒ US Mail<br>☒ Certified mail –<br>Tracking # 70022410000387105064<br>☐ Overnight mail –<br>Tracking # _____<br>Carrier Name: _____ |
| Name of 2nd Lien Holder- Agent for Service of Process<br>John G. Stumpf, CEO<br>Wells Fargo Bank, N.A.<br>c/o Corporation Service Company<br>2730 Gateway Oaks Dr., Ste. 100<br>Sacramento, CA 95833 | ☐ Proof of claim  ☒ Secretary of State<br>☐ FDIC website  ☐ Other: *specify* | ☒ US Mail<br>☒ Certified mail –<br>Tracking # 70022410000387105040<br>☐ Overnight mail –<br>Tracking # _____<br>Carrier Name: _____ |
| Name of 2nd Lien Holder – Servicing Agent<br>John G. Stumpf, CEO<br>Wells Fargo Bank, N.A.<br>101 N. Phillips Avenue<br>Sioux Falls, SD 57104 | ☐ Proof of claim  ☒ Secretary of State<br>☐ FDIC website  ☐ Other: *specify* | ☒ US Mail<br>☒ Certified mail –<br>Tracking # 70022410000387105057<br>☐ Overnight mail –<br>Tracking # _____<br>Carrier Name: _____ |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2010*                                     Page 5                                     **F 4003-2.4.MOTION**